**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| KIGHWAUNDA M. YARDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:13-0622 |
| | ) | Judge Trauger |
| HOSPITAL HOUSEKEEPING SYSTEMS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

Given the status of this case, it is hereby **ORDERED** that the trial scheduled for

November 4, 2014 and the pretrial conference scheduled for October 31, 2014 are

**CONTINUED**, to be reset, if appropriate, by later order of the court.

It is so **ORDERED**.

ENTER this 15th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge