IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIGHWAUNDA M. YARDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-cv-0622 |
| ) | Judge Trauger |
| HOSPITAL HOUSEKEEPING SYSTEMS, LLC, ) | |
| ) | |
| Defendant. ) | |

The Tennessee Supreme Court has responded to this court's certification of a question of law by stating that a job applicant does not have a cause of action for failure to hire under the Tennessee Workers' Compensation Act (Docket No. 48). This was the only remaining claim in this case. Because there is no cause of action under Tennessee law for a failure to hire in retaliation for filing a workers' compensation claim, it is hereby ORDERED that this claim is DISMISSED with prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 19th day of October 2015.

_____
ALETA A. TRAUGER
U.S. District Judge