UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KIGHWAUNDA M. YARDLEY ) | |
|       Plaintiff ) | |
| ) | |
| v. ) | NO. 3:13-0622 |
| ) | |
| ) | JUDGE TRAUGER |
| ) | |
| ) | |
| HOSPITAL HOUSEKEEPING SYSTEMS, LLC, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
|       Defendants. ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/19/15.

                                                  KEITH THROCKMORTON, CLERK
                                                s/Althea F. Straughter, Deputy Clerk